**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire (pro hac vice)
Turner N. Falk, Esquire
1120 Route 73, Suite 420
Mount Laurel, NJ 08054-5108
Telephone: (856) 795-3300
Facsimile: (856) 482-0504
E-mail:  edmond.george@obermayer.com
          michael.vagnoni@obermayer.com
          turner.falk@obermayer.com

Counsel to the Debtor
and Debtor in Possession

| | |
|---|---|
| In re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>          Debtor. | Chapter 11<br><br>Case No. 21-16520-JNP |
| ALUMINUM SHAPES, L.L.C.,<br><br>          Plaintiff,<br><br>    v.<br><br>TALEN ENERGY MARKETING, LLC,<br><br>          Defendant. | ADVERSARY NO.<br>21-01465-JNP |

**STIPULATION GRANTING THE DEBTOR, ALUMINUM SHAPES, L.L.C.,**
**LEAVE TO AMEND ITS ADVERSARY COMPLAINT**

     **PLEASE TAKE NOTICE** that it is hereby stipulated and agreed by and between counsel

for Aluminum Shapes, L.L.C. (the "Debtor" or the "Plaintiff") and counsel for Talen Energy

Marketing, LLC ("Talen" or the "Defendant" or the "Creditor"); that leave is granted to allow the

Debtor to amend its Adversary Complaint, filed on November 9, 2021 (the "Adversary Complaint"). Leave to amend the Adversary Complaint is specifically for the purposes of (i) removing the Second Count of the Adversary Complaint, which seeks avoidance of a transfer made within the preference period pursuant to section 547(b) of the Bankruptcy Code; and (ii) correcting certain factual allegations made in the Adversary Complaint. The Debtor shall file an amended Adversary Complaint within fourteen (14) days of the entry of this Order. Talen shall file an answer to the amended Adversary Complaint within twenty (20) days of the amended Adversary Complaint's filing.

| | |
|---|---|
| **OBERMAYER, REBMANN MAXWELL & HIPPEL LLP**<br>Attorneys for Chapter 11 Debtor,<br>Aluminum Shapes, L.L.C. | **FITZPATRICK, LENTZ & BUBBA**<br>Attorneys For Defendant,<br>Talen Energy Marketing, LLC |

By: */s/Edmond George*    
Edmond M. George, Esq.  
Michael D. Vagnoni, Esq. (*pro hac vice*)  
Turner N. Falk, Esq.  
Centre Square West, 1500 Market Street  
Suite 3400  
Philadelphia, PA 19102-2101  
(215) 665-3004 (Telephone)  
(215) 665-3165 (Facsimile)  
Email: Edmond.george@obermayer.com  
      Michael.vagnoni@obermayer.com  
      Turner.falk@obermayer.com

By: */s/Douglas Smillie*    
Douglas J. Smillie, Esq.  
Two City Center, 645 Hamilton Street  
Suite 800  
Allentown, PA 18101  
(610) 797-9000 (Telephone)  
(610) 797-6663 (Facsimile)  
dsmillie@flblaw.com

Dated: ___2/25/2022_____

Dated: _____2/25/2022_____